IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| FREDERICK HALL, et al., | : | Case No. 1:20-cv-918 |
| Plaintiffs, | : | Judge Matthew W. McFarland |
| v. | : | |
| JOHN D. CULLINAN, et al., | : | |
| Defendants. | : | |

**ORDER TERMINATING MOTION TO DISMISS AND STRIKE AS MOOT (Doc. 14)**

This matter is before the Court on Plaintiffs' motion to dismiss and strike. (Doc. 14.) Plaintiffs sought to dismiss and strike Defendants' original counterclaims and affirmative defenses pertaining to patent invalidity and noninfringement. Plaintiffs later amended their answers and counterclaims. Their amended counterclaims contain substantially more factual content, including diagrams. Defendants opposed Plaintiffs' motions, pointing to the amended pleadings. (*See* Docs. 15-17.) Plaintiffs answered the amended counterclaims but did not file a reply in support of their motion to dismiss and strike. Upon consideration, Defendants' amended pleadings moot Plaintiffs' motion to dismiss and strike. Accordingly, the Court **TERMINATES** that motion as moot.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND